UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  WANNETTA LINDSEY                                    Case No:  1:17-bk-70117 T

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

2. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The plan provisions regarding the payment of attorney fees are inconsistent with the application for compensation.

3. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns  with the appropriate tax authorities, as required by Section 1308.

4. 11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

5. 11 U.S.C. 521(a)(1) The debtor has failed to provide to the Trustee a statement of itemized Current Monthly Income.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  2/25/2017                                              /s/  Jack W Gooding
                                                               _____
                                                               CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 2/25/2017, with sufficient postage to assure delivery to the following:

Wannetta Lindsey
820 Lincoln Drive
Camden, Ar  71701

MB

Michael W Frey - Electronically by ECF

/s/ Jack W Gooding

CHAPTER 13 TRUSTEE

MB