## UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: WANNETTA LINDSEY

Case No:  1:17-bk-70117 T

### OBJECTION TO CONFIRMATION OF PLAN
### AS AMENDED PRE-CONFIRMATION ON 12/6/2018

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The amended plan proposes to pay interest on the mortgage arrearages.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  12/10/2018

/s/  Jack W Gooding

_____
CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 12/10/2018, with sufficient postage to assure delivery to the following:

Wannetta Lindsey
820 Lincoln Drive
Camden, Ar  71701

Michael W Frey - Electronically by ECF

/s/  Jack W Gooding

CHAPTER 13 TRUSTEE

JCH